NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HEYWARD CONRAD HOPKINS,       )
DOC #R26214,                  )
                              )
            Appellant,        )
                              )
v.                            )          Case No. 2D18-1357
                              )
STATE OF FLORIDA,             )
                              )
            Appellee.         )
_____)

Opinion filed February 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Heyward Conrad Hopkins, pro se.



PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.